**Opinion filed August 6, 2026**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-26-00156-CV**

_____

**JEFFREY DICKEY, Appellant**

**V.**

**ASHLEY DICKEY, Appellee**

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C51661**

## M E M O R A N D U M   O P I N I O N

On May 21, 2026, Appellant, Jeffrey Dickey, filed a pro se notice of appeal from the trial court's final decree of divorce. When the appeal was docketed, the clerk of this court notified Appellant that the filing fee was due and directed Appellant to file a docketing statement on or before May 29. TEX. R. APP. P. 5, 32.1. On June 1, June 9, June 24, and July 3, we notified Appellant by letter that the filing fee and the docketing statement were past due, extended Appellant's compliance dates, and informed him that the failure to comply with these requirements may

result in dismissal of this appeal. *See* TEX. R. APP. P. 5, 42.3(b), (c). As of this date, Appellant has not paid the filing fee or filed a docketing statement.[1]

Because Appellant has failed to pay the required filing fee and has failed to comply with this court's directives or otherwise prosecute this appeal, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(b), (c).

W. STACY TROTTER
JUSTICE

August 6, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1] In addition, we note that we have granted the court reporter's and the trial court clerk's motions for extension of time to file their respective records, as they have informed us that Appellant has not submitted a request or designation for the records, nor has he paid or made arrangements to pay for the records.